**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/16**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Rental Income** | **$84,750.00** | | |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage** Case number (if known) **17-11760-BAH**

| | | | | |
|---|---|---|---|---|
| **For the last calendar year:** (January 1 to December 31, **2016** ) YYYY | **Rental Income** | **$84,250.00** | | |
| **For the calendar year before that:** (January 1 to December 31, **2015** ) YYYY | **Rental Income** | **$89,500.00** | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **US Bank-Cardmember Services**<br>Creditor's name<br>**PO Box 6352**<br>Number Street<br><br>**Fargo** **ND** **58125**<br>City State ZIP Code | **9/26= $2000**<br>**9/27= $2500**<br>**10/6= $4000**<br>**11/9= $ 700**<br>**11/28=$1000** | **$10,200.00** | **$25,303.35** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage** Case number (if known) **17-11760-BAH**

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citibank**<br>Creditor's name<br>**PO Box 6062**<br>Number Street<br>**Sioux Falls SD 57117**<br>City State ZIP Code | **9/20= $5400**<br>**9/24= $4950**<br>**9/26= $2000**<br>**9/28= $2000**<br>**9/29= $1500**<br>**10/2= $1500**<br>**10/3= $1000**<br>**10/5= $6000**<br>**10/6= $5000**<br>**10/9= $13365**<br>**11/13= $500**<br>**11/13= $9000**<br>**11/15= $2000**<br>**11/17= $2700**<br>**11/22= $3000**<br>**11/26= $2300**<br>**11/27= $6000** | **$68,215.00** | **$23,785.95** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ______ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| Insider | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **John S. Savage**<br>Insider's name<br>**204 Jamie Lynn Circle**<br>Number Street<br>**Pickerington OH 43147**<br>City State ZIP Code | **7/22/17** | **$10,000.00** | **$5,000.00** | **Debtor H's Father** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Coastal Capital LLC v Sky-Skan et al**<br>Case number **226-2017-CV-00411** | **Civil** | **Hillsborough County Superior Court**<br>Court Name<br>Number Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **DeLage Landen Financial Services Inv. v Sky-Skan, Incoprorated & Steven T. Savage**<br>Case number **226-2017-CV-00212** | **Civil** | **Hillsborough County Superior Court**<br>Court Name<br>Number Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **DeLage Landen Financial Services Inv. v Sky-Skan, Incorporated & Steven T. Savage**<br>Case number **2016-11617-CT** | | **Court of Common Pleas**<br>Court Name<br>Number Street<br>**Chester Co** **PA**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☑ Yes. Fill in the information below.

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Internal Revenue Service**<br>Creditor's Name<br>Number Street<br>City State ZIP Code | **2015 Federal Tax Refund** | | **$48,000.00** |

**Explain what happened**

- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☑ Property was attached, seized, or levied.

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**Internal Revenue Service**
Creditor's Name

Number Street

City State ZIP Code

**Describe the property**
**2016 Federal Tax Refund**

**Date**

**Value of the property**
**$15,801.26**

**Explain what happened**
- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☑ Property was attached, seized, or levied.

**Coastal Capital**
Creditor's Name

Number Street

City State ZIP Code

**Describe the property**
**All Bank Accounts**

**Date**

**Value of the property**
**$2,702.35**

**Peoples United HSA-$2675.00**
**Bellweather Credit Union-27.35**

**Explain what happened**
- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☑ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Leonard G. Deming II**<br>Person Who Was Paid<br>**Deming Law Office**<br>Number Street<br>**491 Amherst Street, Suite 22**<br>**Nashua NH 03063**<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | **Amount paid is retainer for services to be provided at the rate of $325 per hour /contract w/client.**<br>**+ $1717.00 Filing Fee** | **Prior to filing** | **$10,000.00** |
| **Access Counseling**<br>Person Who Was Paid<br>Number Street<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | **Mandatory Counseling prior to filing** | **prior to filing**<br>**prior to filing** | **$14.95**<br>**$16.90** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- [x] No
- [ ] Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- [x] No
- [ ] Yes. Fill in the details.

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- [x] No
- [ ] Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- [x] No
- [ ] Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- [x] No
- [ ] Yes. Fill in the details.

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- [x] No
- [ ] Yes. Fill in the details.

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

**Steven & Virginia Savage**
Business Name
**2 Castleton Court**
Number Street

**Merrimack NH 03054**
City State ZIP Code

**Describe the nature of the business**
**Rental of Business Real Estate Property**

**Name of accountant or bookkeeper**
**Virginia Savage**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** __ __ – __ __ __ __ __ __ __

**Dates business existed**

**From** 1985 **To** Present

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**Sky-Skan, Incorporated**
Business Name
**51 Lake Street**
Number Street
**Nashua NH 03060**
City State ZIP Code

**Describe the nature of the business**
**Planetarium/Domed theater Supplier, Debtor Husband is President and Treasurer; Debtor Wife is Vice President and Secretary; Debtor Husband is 100% owner**

**Name of accountant or bookkeeper**
**Virginia Savage**

**Employer Identification number**
**Do not include Social Security number or ITIN.**
**EIN:** __ __ – __ __ __ __ __ __ __

**Dates business existed**
**From** April, 1967 **To** Present

**Sky-Skan Europe GmbH**
Business Name
**Ostersen Strasse 2**
Number Street
**82402 SeaShaup Germany**
City State ZIP Code

**Describe the nature of the business**
**Planetarium/Domed theater Supplier**

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**
**EIN:** __ __ – __ __ __ __ __ __ __

**Dates business existed**
**From** 2000 **To** Present

**Sky-Skan Oceania Pty Ltd**
Business Name
**c/o John White**
Number Street
**7/10 Charles St ,Brunswick, Victoria**
**3056 Australia**
City State ZIP Code

**Describe the nature of the business**
**Planetarium/Domed theater Supplier**

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**
**EIN:** __ __ – __ __ __ __ __ __ __

**Dates business existed**
**From** June, 2006 **To** Present

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- ☑ No
- ☐ Yes. Fill in the details below.

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** /s/ Steven T. Savage
Steven T. Savage, Debtor 1
Date 01/19/2018

**X** /s/ Virginia A Savage
Virginia A Savage, Debtor 2
Date 01/19/2018

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

- ☑ No
- ☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

- ☑ No
- ☐ Yes. Name of person ______________________ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case and this filing:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.
**Homestead Property located @**

**2 Castleton Court, Merrimack NH**

**Hillsborough**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$402,000.00** | **$402,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead Interest**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

1.2.

**51 Lake Street, Unit B-12**
Street address, if available, or other description

**Nashua** **NH** **03060**
City State ZIP Code

**Hillsborough**
County

**Lake Street Mill Condominium Unit B-12, business condo**

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $71,250.00 | $71,250.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**100% Interest**

☐ **Check if this is community property** (see instructions)

1.3.

**51 Lake Street, Unit B-13**
Street address, if available, or other description

**Nashua** **NH** **03060**
City State ZIP Code

**Hillsborough**
County

**Lake Street Mill Condominium Unit B-13, Business Condo**

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $51,250.00 | $51,250.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**100% Interest**

☐ **Check if this is community property** (see instructions)

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

1.4.

**51 Lake Street, Unit U-1-8**
Street address, if available, or other description

**Nashua** **NH** **03060**
City State ZIP Code

**Hillsborough**
County

**Lake Street Mill Condominium**
**Unit U-1-8 Business condo**

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$127,500.00** | **$127,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**100% Interest**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....** ➔ **$652,000.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1.
Make: **Toyota**
Model: **4 Runner**
Year: **1997**
Approximate mileage:
Other information:
**1997 Toyota 4 Runner**

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....** ➔ **$1,000.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage** Case number (if known) **17-11760-BAH**

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... **See continuation page(s).** **$5,470.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... **(3) TV's, Stereo, DVD Player, VCR, Speakers, Computer Equipment, Nintendo, Playstation, DVD's, CD's** **$1,604.00**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe..... **China-Spode Christmas Tree= 250.00**
**(6 Place Setting & Serving Dishes)** **$1,975.00**

**Noritake China (Tahoe) =550.00**
**(10 Place Setting & Serving Dishes)**

**Lenox Crystal=$575.00**
**10 Wine Glasses & 10 Water Glasses**

**Santa Collection=$600.00**
**10 Pieces**

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe..... **(2) Bicycles** **$500.00**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... **Wearing Apparel & Accessories** **$785.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... **Jewelry** **$500.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... **(2) Cats** **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage** Case number (if known) **17-11760-BAH**

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here** ........ ➔ **$10,834.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes........ Cash: ........ **$240.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes........ Institution name:

| | | Institution name | Current value |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account (6812) w/Bank of America** | **$50.58** |
| 17.2. | Checking account: | **Checking account (5471) w/Bank of America (Legal Order of Funds Being Held $368.51)** | **$52.22** |
| 17.3. | Checking account: | **Checking account @ Provident Bank** | **$105.00** |
| 17.4. | Savings account: | **Savings account (5951) @ Bank of America (Legal Order to Hold Funds $120.49)** | **$52.33** |
| 17.5. | Savings account: | **Savings account (5471) @ Bank of America (Legal Order to Hold Funds $23.29)** | **$0.00** |
| 17.6. | Savings account: | **Savings account @ Bellweather Credit Union** | **$5.00** |
| 17.7. | Other financial account: | **Peoples United HSA (Leagal Order for Funds to be held $2675.00)** | **$2,809.66** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes........ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........ Name of entity: % of ownership:

| Name of entity | % of ownership | Current value |
|---|---|---|
| **Debtor (H only) has 100% Interest in Sky-Skan, Inc (Currently in CH11)** | **100%** | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them........ Issuer name:

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage** Case number (if known) **17-11760-BAH**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Debtor H has John Hancock 401(k) Plan Has loan against plan** | **$6,135.89** |
| 401(k) or similar plan: | **Debtor W hasJohn Hancock 401(k) Plan Has loan against Plan** | **$3,584.86** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: ____
State: ____
Local: ____

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage** Case number (if known) **17-11760-BAH**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: ____
Maintenance: ____
Support: ____
Divorce settlement: ____
Property settlement: ____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information **Sky-Skan owed Debtors approx $1,000,000** **$0.00**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Life Insurance Policy w/The Guardian Life Insurance Company (Policy # xxx1248) Loan Against Policy. Policy is paying the premiums** | **?** | **$39,863.48** |
| **Term Life w/Dearborn Natual Life thru employment** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................** ➔ **$52,899.02**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity: % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe.....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here....** ➔ **$0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.......... ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here**.......... ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55. Part 1: Total real estate, line 2**.......... ➔ | | **$652,000.00** |
| **56. Part 2: Total vehicles, line 5** | **$1,000.00** | |
| **57. Part 3: Total personal and household items, line 15** | **$10,834.00** | |
| **58. Part 4: Total financial assets, line 36** | **$52,899.02** | |
| **59. Part 5: Total business-related property, line 45** | **$0.00** | |
| **60. Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61. Part 7: Total other property not listed, line 54** | + **$0.00** | |
| **62. Total personal property.** Add lines 56 through 61.......... | **$64,733.02** | Copy personal property total ➔ + **$64,733.02** |
| **63. Total of all property on Schedule A/B.** Add line 55 + line 62.......... | | **$716,733.02** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**6. Household goods and furnishings (details):**

| | |
|---|---|
| **Household goods & furnishings including: Coffee Table, (2) End Tables, (10) Lamps, Dining Table & (6) Chairs, Dresser, Mirror, Family Room Set, Desk, Jelly Cabinet; Table & (4) chairs, (4) Bar Stools, Shelves, (3) Prints, Misc Small Kitchen Appliances, Pots, Pans, Dishes, Flatware, Holiday Decorations; Dishwasher, etc.** | **$4,170.00** |
| **Stove, Refrigerator** | **$1,050.00** |
| **(3) Beds & Bedding** | **$200.00** |
| **Books** | **$50.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

**04/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description:<br>**2 Castleton Court, Merrimack NH**<br>Line from *Schedule A/B:* **1.1** | **$402,000.00** | ☑ **$10,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**1997 Toyota 4 Runner**<br>Line from *Schedule A/B:* **3.1** | **$1,000.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $1,000.00 100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Household goods & furnishings including: Coffee Table, (2) End Tables, (10) Lamps, Dining Table & (6) Chairs, Dresser, Mirror, Family Room Set, Desk, Jelly Cabinet; Table & (4) chairs, (4) Bar Stools, Shelves, (3) Prints, Misc Small Kitchen Appliances, Pots, Pans, Dishes, Flatware, Holiday Decorations; Dishwasher, etc.**<br>Line from *Schedule A/B:* **6** | **$4,170.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $4,170.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Stove, Refrigerator**<br>Line from *Schedule A/B:* **6** | **$1,050.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $1,050.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**(3) Beds & Bedding**<br>Line from *Schedule A/B:* **6** | **$200.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Books**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**(3) TV's, Stereo, DVD Player, VCR, Speakers, Computer Equipment, Nintendo, Playstation, DVD's, CD's**<br>Line from *Schedule A/B:* **7** | **$1,604.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $1,604.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**China-Spode Christmas Tree= 250.00**<br>**(6 Place Setting & Serving Dishes)**<br><br>**Noritake China (Tahoe) =550.00**<br>**(10 Place Setting & Serving Dishes)**<br><br>**Lenox Crystal=$575.00**<br>**10 Wine Glasses & 10 Water Glasses**<br><br>**Santa Collection=$600.00**<br>**10 Pieces**<br>Line from *Schedule A/B:* **8** | **$1,975.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $1,975.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**(2) Bicycles**<br>Line from *Schedule A/B:* **9** | **$500.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Wearing Apparel & Accessories**<br>Line from *Schedule A/B*: **11** | **$785.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $785.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Jewelry**<br>Line from *Schedule A/B*: **12** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**Cash**<br>Line from *Schedule A/B*: **16** | **$240.00** | ☑ **$240.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account (6812) w/Bank of America**<br>Line from *Schedule A/B*: **17.1** | **$50.58** | ☑ **$50.58**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account (5471) w/Bank of America (Legal Order of Funds Being Held $368.51)**<br>Line from *Schedule A/B*: **17.2** | **$52.22** | ☑ **$52.22**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account (5951) @ Bank of America (Legal Order to Hold Funds $120.49)**<br>Line from *Schedule A/B*: **17.4** | **$52.33** | ☑ **$52.33**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account @ Provident Bank**<br>Line from *Schedule A/B*: **17.3** | **$105.00** | ☑ **$105.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account @ Bellweather Credit Union**<br>Line from *Schedule A/B*: **17.6** | **$5.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Peoples United HSA (Leagal Order for Funds to be held $2675.00)**<br>Line from *Schedule A/B*: **17.7** | **$2,809.66** | ☑ **$2,809.66**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description:<br>**Debtor H has John Hancock 401(k) Plan Has loan against plan**<br>Line from *Schedule A/B*: **21** | **$6,135.89** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12) (Claimed: $6,135.89 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Debtor W hasJohn Hancock 401(k) Plan Has loan against Plan**<br>Line from *Schedule A/B*: **21** | **$3,584.86** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12) (Claimed: $3,584.86 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Life Insurance Policy w/The Guardian Life Insurance Company (Policy # xxx1248) Loan Against Policy. Policy is paying the premiums**<br>Line from *Schedule A/B*: **31** | **$39,863.48** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7) (Claimed: $39,863.48 100% of fair market value, up to any applicable statutory limit)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 | **$250,000.00** | **$250,000.00** | |

**Coastal Capital**
Creditor's name
**226 Lowell St**
Number Street

**Wilmington MA 01887**
City State ZIP Code

**Describe the property that secures the claim:**
**Lake Street Mill Condominium**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Mortgage**

**Date debt was incurred** ______ **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$250,000.00**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**Part 1:** **Additional Page**
**After listing any entries on this page, number them sequentially from the previous page.**

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| 2.2 Coastal Capital | $750,000.00 | $402,000.00 | $750,000.00 |
| 2.3 Internal Revenue Service | $272,077.66 | $402,000.00 | |

**2.2**

**Coastal Capital**
Creditor's name
**226 Lowell St**
Number Street

**Wilmington** **MA** **01887**
City State ZIP Code

**Describe the property that secures the claim:** **Homestead Property**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Attachment**

**Date debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**2.3**

**Internal Revenue Service**
Creditor's name
**P.O. Box 7346**
Number Street

**Philadelphia** **PA** **19101**
City State ZIP Code

**Describe the property that secures the claim:** **Homestead Property**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Attachment**

**Date debt was incurred** **2015**

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$1,022,077.66**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**Part 1:** **Additional Page**
**After listing any entries on this page, number them sequentially from the previous page.**

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| 2.4 Internal Revenue Service | $101,946.78 | $402,000.00 | $24,673.04 |
| 2.5 Mr. Cooper | $52,648.60 | $402,000.00 | |

**2.4**

**Internal Revenue Service**
Creditor's name
**P.O. Box 7346**
Number Street

**Philadelphia PA 19101**
City State ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 2016

**Describe the property that secures the claim:** **Homestead Property**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Attachment**

**Last 4 digits of account number** ____

**2.5**

**Mr. Cooper**
Creditor's name
**PO Box 619094**
Number Street

**Dallas TX 75261**
City State ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____

**Describe the property that secures the claim:** **2 Castleton Court, Merrimack NH**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) **Mortgage**

**Last 4 digits of account number** 9 9 3 9

**Add the dollar value of your entries in Column A on this page. Write that number here:** $154,595.38

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $1,426,673.04

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**1**

Name: **Internal Revenue Service**
Number Street: **Special Procedures**
**80 Daniels St**
City: **Portsmouth** State: **NH** ZIP Code: **03801**

**On which line in Part 1 did you enter the creditor?** **2.4**
**Last 4 digits of account number** ____ ____ ____ ____

**2**

Name: **Internal Revenue Service**
Number Street: **Special Procedures**
**80 Daniels St**
City: **Portsmouth** State: **NH** ZIP Code: **03801**

**On which line in Part 1 did you enter the creditor?** **2.3**
**Last 4 digits of account number** ____ ____ ____ ____

**3**

Name: **IRS CCP Lien Unit Tm 203**
Number Street: **PO Box 145595 STP 8420G**
City: **CINCINNATI** State: **OH** ZIP Code: **45250**

**On which line in Part 1 did you enter the creditor?** **2.3**
**Last 4 digits of account number** ____ ____ ____ ____

**4**

Name: **Mark D. Kanakis, Esquire**
Number Street: **159 Main Street**
City: **Nashua** State: **NH** ZIP Code: **03060**

**On which line in Part 1 did you enter the creditor?** **2.1**
**Last 4 digits of account number** ____ ____ ____ ____

**Fill in this information to identify your case:**

Debtor 1 **Steven** (First Name) **T.** (Middle Name) **Savage** (Last Name)

Debtor 2 (Spouse, if filing) **Virginia** (First Name) **A** (Middle Name) **Savage** (Last Name)

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 | $52,000.00 | $52,000.00 | $0.00 |

**State of NH**
Priority Creditor's Name
**Dept of Revenue Administration**
Number Street
**45 Chennell Dr**

**Concord** **NH** **03301**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**Adek Technical Sales**
Nonpriority Creditor's Name
**3 Infinity Drive**
Number Street

**Raymond** **NH** **03077**
City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$75,000.00**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business Debt**

**4.2**

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981535**
Number Street

**El Paso** **TX** **79998**
City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$17,054.00**

**Last 4 digits of account number** 2 0 0 3
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.3

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 982234**
Number Street

**El Paso** **TX** **79998**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 1 9 9
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$9,659.87**

4.4

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 982234**
Number Street

**El Paso** **TX** **79998**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 4 8 4
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$10,706.01**

4.5

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 31785**
Number Street

**Tampa** **FL** **33631**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 1 9 9
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Line of Credit**

**$4,324.64**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.6**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 31785**
Number Street

**Tampa** **FL** **33631**
City State ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$3,608.87**

**Last 4 digits of account number** 7 0 9 9
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Line of Credit**

**4.7**

**Chase**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number Street

**Wilmington** **DE** **19850**
City State ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$5,772.89**

**Last 4 digits of account number** 7 3 9 0
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**4.8**

**Chase**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number Street

**Wilmington** **DE** **19850**
City State ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$2,179.07**

**Last 4 digits of account number** 2 8 6 3
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.9**

**Chase**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number Street

**Wilmington DE 19850**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1 1 5 4
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$1,036.12**

**4.10**

**Citibank**
Nonpriority Creditor's Name
**PO Box 6062**
Number Street

**Sioux Falls SD 57117**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8 1 8 7
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**$23,785.95**

**4.11**

**De Lage Landen Financial Services**
Nonpriority Creditor's Name
**1111 Old Eagle School Rd.**
Number Street

**Wayne PA 19087**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 3 8 7
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**$46,398.49**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.12**

**Discover Bank** — Nonpriority Creditor's Name
**PO Box 30943** — Number Street
**Salt Lake City** (City) **UT** (State) **84130** (ZIP Code)

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3 2 4 3
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**$6,519.20**

**4.13**

**Discover Bank** — Nonpriority Creditor's Name
**PO Box 30943** — Number Street
**Salt Lake City** (City) **UT** (State) **84130** (ZIP Code)

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6 4 5 2
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**$14,801.73**

**4.14**

**Discover Bank** — Nonpriority Creditor's Name
**PO Box 30943** — Number Street
**Salt Lake City** (City) **UT** (State) **84130** (ZIP Code)

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0 7 3 6
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**$15,769.57**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.15**

**Eloise Sentner Young**
Nonpriority Creditor's Name
**8391 SE 168th Trinity Place**
Number Street

**The Villages FL 32162**
City State ZIP Code

**$30,000.00**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**Loan to debtors for loan to Sky-Skan, Incorporated**

**4.16**

**Foundation Medical Partners**
Nonpriority Creditor's Name
**22 Cotton Rd**
Number Street

**Nashua NH 03061-3677**
City State ZIP Code

**$347.05**

**Last 4 digits of account number** **5 8 2 7**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**4.17**

**Great Lakes Educational Loan Services**
Nonpriority Creditor's Name
**PO Box 7860**
Number Street

**Madison WI 53707**
City State ZIP Code

**$49,190.33**

**Last 4 digits of account number** **8 3 0 3**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.18**

**John S. Savage**
Nonpriority Creditor's Name
**204 Jamie Lynn Circle**
Number Street

**Pickerington OH 43147**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$5,000.00**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**4.19**

**Ohire Tech, Ltd.**
Nonpriority Creditor's Name
**4489-1 Ikonobecho, Tsuzukiku**
Number Street
**Yokohama City Kanagawa**
**Japan 224-0058**

City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$117,833.63**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________
**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**4.20**

**Paypal Credit**
Nonpriority Creditor's Name
**Comenity Capital Bank**
Number Street
**PO Box 5138**

**Timonium MD 21094**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,359.74**

**Last 4 digits of account number** 7 7 9 1
**When was the debt incurred?** ________
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.21

**SHMC**
Nonpriority Creditor's Name
**PO Box 824**
Number Street

**Nashua** **NH** **03061**
City State ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$46.39**

**Last 4 digits of account number** 4 9 9 3
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Services**

4.22

**SkySkan, Inc.**
Nonpriority Creditor's Name
**51 Lake Street**
Number Street

**Nashua** **NH** **03060**
City State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$108,031.21**

**Last 4 digits of account number**
**When was the debt incurred?** **2015-2016**
**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **401K Contribution**

4.23

**Synchrony Bank**
Nonpriority Creditor's Name
**P.O. Box 965016**
Number Street

**Orlando** **FL** **32896**
City State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$10,075.15**

**Last 4 digits of account number** 5 2 1 6
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.24**

**US Bank Cardmember Service**
Nonpriority Creditor's Name
**PO Box 6352**
Number Street

**Fargo ND 58125**
City State ZIP Code

**Last 4 digits of account number** 1 3 6 6

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**$25,303.35**

**4.25**

**William Y.W. Au**
Nonpriority Creditor's Name
**3131 State Highway 80**
Number Street

**Sherburne NY 13460**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**$72,000.00**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**David Pinsonneault, Esq**
Name
**Winer & Bennett LLP**
Number Street
**111 Concord St.**

**Nashua** **NH** **03061**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Gene M. Lerner, Esq.**
Name
**Tenaglia & Hunt, PA**
Number Street
**5 Penn Plaza, 21 Fl.**

**New York** **NY** **10001**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**H. Scott Haskell, Esq**
Name
**Haskell & Ayer PC**
Number Street
**PO Box 507**

**Amesbury** **MA** **01913**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Sallie Mae/Narvient**
Name
**P.O. Box 9000**
Number Street

**Wilkes Barre** **PA** **18773**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.17** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$52,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$52,000.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$49,190.33** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$608,612.93** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$657,803.26** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Sky-Skan**<br>Name<br>**51 Lake Street**<br>Number Street<br><br>**Nashua** **NH** **03060**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.1**<br>☐ Schedule G, line ____<br>**Adek Technical Sales** |
| 3.2 | **Sky-Skan, Inc.**<br>Name<br>**51 Lake Street**<br>Number Street<br><br>**Nashua** **NH** **03060**<br>City State ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line **4.11**<br>☐ Schedule G, line ____<br>**De Lage Landen Financial Services** |
| 3.3 | **Sky-Skan, Inc.**<br>Name<br>**51 Lake Street**<br>Number Street<br><br>**Nashua** **NH** **03060**<br>City State ZIP Code | ☑ Schedule D, line **2.4**<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____<br>**Internal Revenue Service** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**

Case number (if known) **17-11760-BAH**

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.4 **Sky-Skan, Inc.** (Name)<br>**51 Lake Street** (Number Street)<br>**Nashua** (City) **NH** (State) **03060** (ZIP Code) | ☐ Schedule D, line<br>☑ Schedule E/F, line **2.1**<br>☐ Schedule G, line<br>**State of NH** |
| 3.5 **Sky-Skan, Inc.** (Name)<br>**51 Lake Street** (Number Street)<br>**Nashua** (City) **NH** (State) **03060** (ZIP Code) | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.22**<br>☐ Schedule G, line<br>**SkySkan, Inc.** |
| 3.6 **Sky-Skan, INc.** (Name)<br>**51 Lake Street** (Number Street)<br>**Nashua** (City) **NH** (State) **03060** (ZIP Code) | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.19**<br>☐ Schedule G, line<br>**Ohire Tech, Ltd.** |
| 3.7 **SkySkan, Inc.** (Name)<br>**51 Lake Street** (Number Street)<br>**Nashua** (City) **NH** (State) **03060** (ZIP Code) | ☑ Schedule D, line **2.2**<br>☐ Schedule E/F, line<br>☐ Schedule G, line<br>**Coastal Capital** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

__________
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **President-Executive** | **Secretary** |
| **Employer's name** | **Sky-Skan Incorporated** | **Sky-Skan Incorporated** |
| **Employer's address** | **51 Lake St**<br>Number Street<br>**Nashua NH 03060**<br>City State Zip Code | **51 Lake St**<br>Number Street<br>**Nashua NH 03060**<br>City State Zip Code |
| **How long employed there?** | **37 Years** | **32 Years** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3. Estimate and list monthly overtime pay.** | 3. + | **$0.00** | **$0.00** |
| **4. Calculate gross income.** Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**

Case number (if known) **17-11760-BAH**

| | | Line | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|---|
| | **Copy line 4 here** ........ ➔ | 4. | **$0.00** | **$0.00** | |
| **5.** | **List all payroll deductions:** | | | | |
| | **5a. Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$0.00** | |
| | **5b. Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** | |
| | **5c. Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** | |
| | **5d. Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** | |
| | **5e. Insurance** | 5e. | **$0.00** | **$0.00** | |
| | **5f. Domestic support obligations** | 5f. | **$0.00** | **$0.00** | |
| | **5g. Union dues** | 5g. | **$0.00** | **$0.00** | |
| | **5h. Other deductions.** Specify: | 5h. + | **$0.00** | **$0.00** | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$0.00** | **$0.00** | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** | |
| **8.** | **List all other income regularly received:** | | | | |
| | **8a. Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$8,000.00** | **$0.00** | |
| | **8b. Interest and dividends** | 8b. | **$0.00** | **$0.00** | |
| | **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** | |
| | **8d. Unemployment compensation** | 8d. | **$0.00** | **$0.00** | |
| | **8e. Social Security** | 8e. | **$0.00** | **$0.00** | |
| | **8f. Other government assistance that you regularly receive** Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | **$0.00** | **$0.00** | |
| | **8g. Pension or retirement income** | 8g. | **$0.00** | **$0.00** | |
| | **8h. Other monthly income.** Specify: | 8h. + | **$0.00** | **$0.00** | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$8,000.00** | **$0.00** | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$8,000.00** + | **$0.00** = | **$8,000.00** |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: ______ 11. + **$0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. 12. **$8,000.00**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: **Nature of income will change, but will remain approx the same in amount**

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

______________
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

**1. Is this a joint case?**

- ☐ No. Go to line 2.
- ☑ Yes. **Does Debtor 2 live in a separate household?**
  - ☑ No
  - ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

- ☑ No
- ☐ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

- ☑ No
- ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,722.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$300.00** |
| 4d. Homeowner's association or condominium dues | 4d. | |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**

Case number (if known) **17-11760-BAH**

| | | Line | Your expenses |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.** | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$45.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$260.00** |
| | 6d. Other. Specify: | 6d. | |
| **7.** | **Food and housekeeping supplies** **(See continuation sheet(s) for details)** | 7. | **$1,000.00** |
| **8.** | **Childcare and children's education costs** | 8. | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$95.00** |
| **10.** | **Personal care products and services** | 10. | **$80.00** |
| **11.** | **Medical and dental expenses** | 11. | **$470.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$350.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$250.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$100.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| **17.** | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property **(See continuation sheet(s) for details)** | 20a. | **$2,164.47** |
| | 20b. Real estate taxes | 20b. | **$200.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**21. Other.** Specify: ______ 21. + ______

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$7,386.47** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$7,386.47** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$8,000.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | – **$7,386.47** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$613.53** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**
Case number (if known) **17-11760-BAH**

**7. Food and housekeeping supplies (details):**

| | |
|---|---|
| **Pet Supplies & Care** | **$100.00** |
| **Food** | **$900.00** |
| **Total:** | **$1,000.00** |

**20a. Other Real Property--Mortgages on Other Property (details):**

| | |
|---|---|
| **Business Condos** | **$2,164.47** |
| **Total:** | **$2,164.47** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 122B

## Chapter 11 Statement of Your Current Monthly Income

**12/15**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$0.00** | **$0.00** |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | **$0.00** |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

5. **Net income from operating a business, profession, or farm**

| | **Debtor 1** | **Debtor 2** | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | **$56,969.62** | **$0.00** | | | |
| Ordinary and necessary operating expenses | – **$55,642.37** | – **$0.00** | | | |
| Net monthly income from a business, profession, or farm | **$1,327.25** | **$0.00** | **Copy here** ➔ | **$1,327.25** | **$0.00** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**

Case number (if known) **17-11760-BAH**

| | | | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|---|
| **6. Net income from rental and other real property** | | | | | |
| | Debtor 1 | Debtor 2 | | | |
| Gross receipts (before all deductions) | $8,508.33 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $197.22 | – $0.00 | | | |
| Net monthly income from rental or other real property | $8,311.11 | $0.00 | Copy here ➔ | $8,311.11 | $0.00 |
| **7. Interest, dividends, and royalties** | | | | $0.00 | $0.00 |
| **8. Unemployment compensation** | | | | $0.00 | $0.00 |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................ ↓ | | | | | |
| For you............................................................................ | | $0.00 | | | |
| For your spouse............................................................... | | $0.00 | | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | | | | $0.00 | $0.00 |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. | | | | | |
| If necessary, list other sources on a separate page and put the total below. | | | | | |
| | | | | | |
| | | | | | |
| Total amounts from separate pages, if any. | | | | + | + |
| **11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | | | | $9,638.36 + | $0.00 = **$9,638.36** Total current monthly income |

## Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Steven T. Savage**
Steven T. Savage, Debtor 1

Date **01/19/2018**
MM / DD / YYYY

X **/s/ Virginia A Savage**
Virginia A Savage, Debtor 2

Date **01/19/2018**
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| **1.** *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | **$652,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | **$64,733.02** |
| 1c. Copy line 63, Total of all property on Schedule A/B | **$716,733.02** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D | **$1,426,673.04** |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F | **$52,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F | + **$657,803.26** |
| **Your total liabilities** | **$2,136,476.30** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| **4.** *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I | **$8,000.00** |
| **5.** *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J | **$7,386.47** |

Debtor 1 **Steven T. Savage**
Debtor 2 **Virginia A Savage**

Case number (if known) **17-11760-BAH**

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☑ Yes

**7. What kind of debt do you have?**

- ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
- ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14. ______

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations. (Copy line 6a.) | |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | |
| 9d. Student loans. (Copy line 6f.) | |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + |
| 9g. **Total.** Add lines 9a through 9f. | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **T.** | **Savage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Virginia** | **A** | **Savage** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known) **17-11760-BAH**

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X /s/ Steven T. Savage**
Steven T. Savage, Debtor 1

Date **01/19/2018**
MM / DD / YYYY

**X /s/ Virginia A Savage**
Virginia A Savage, Debtor 2

Date **01/19/2018**
MM / DD / YYYY

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**MANCHESTER DIVISION**

In re **Steven T. Savage**
**Virginia A Savage**

Case No. **17-11760-BAH**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | **$10,000.00** |
| Prior to the filing of this statement I have received | **$10,000.00** |
| Balance Due | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed]

   **Amount paid is retainer for services to be provided at the rate of $325 per hour /contract w/client**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**The Court Filing Fee $1717.00**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**01/19/2018**
*Date*

**/s/ Leonard G. Deming**
*Leonard G. Deming* Bar No. BNH01186

Leonard G. Deming II
Deming Law Office
491 Amherst Street, Suite 22
Nashua NH 03063
Phone: (603) 882-2189 / Fax: (603) 882-5707

**/s/ Steven T. Savage**
***Steven T. Savage***

**/s/ Virginia A Savage**
***Virginia A Savage***

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**
**MANCHESTER DIVISION**

IN RE: CHAPTER **11**
**Steven T. Savage**
**Virginia A Savage**

DEBTOR(S) CASE NO **17-11760-BAH**

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Non-applicable. Individual case filing | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/19/2018** Signature: **/s/ Steven T. Savage**
***Steven T. Savage***

**/s/ Virginia A Savage**
***Virginia A Savage***