**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| In re: STEVEN T. SAVAGE | § | Case No. 17-11760 |
| VIRGINIA A. SAVAGE | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Edmond J. Ford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $724,019.05 | Assets Exempt: | $41,064.41 |
| Total Distributions to Claimants: | $7,219.92 | Claims Discharged Without Payment: | $1,603,378.33 |
| Total Expenses of Administration: | $29,918.29 | | |

3) Total gross receipts of $37,138.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $37,138.21 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $479,321.64 | $111,542.53 | $111,542.53 | $7,219.92 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $29,264.28 | $29,268.29 | $29,268.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $650.00 | $650.00 | $650.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,538.49 | $1,538.49 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,098,616.93 | $1,677,516.36 | $1,603,378.33 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,577,938.57 | $1,820,511.66 | $1,746,377.64 | $37,138.21 |

4) This case was originally filed under chapter 7 on 12/20/2017, and it was converted to chapter 7 on 11/12/2020. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2025

By: /s/ Edmond J. Ford
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance Policy w/The Guardian Life Insura | 1129-000 | $29,852.18 |
| Settlement with Sky-Skan Trustee | 1129-000 | $7,286.03 |
| Successor transfer debit to METB account x4863 | 1290-010 | -$28,197.88 |
| Transition Credit from | 1290-010 | $28,197.88 |
| **TOTAL GROSS RECEIPTS** | | **$37,138.21** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Internal Revenue Service | 4300-000 | $374,024.44 | $111,542.53 | $111,542.53 | $7,219.92 |
| 13 | Nationstar Mortgage LLC dba Mr. Cooper | 4110-000 | $105,297.20 | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$479,321.64** | **$111,542.53** | **$111,542.53** | **$7,219.92** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Edmond J. Ford (1/2 commission) | 2100-000 | NA | $2,231.91 | $2,231.91 | $2,231.91 |
| Trustee, Fees - Michael S. Askenaizer (1/2 of commission) | 2100-000 | NA | $2,231.91 | $2,231.91 | $2,231.91 |
| Trustee, Expenses - Edmond J. Ford | 2200-000 | NA | $48.30 | $48.30 | $48.30 |
| Trustee, Expenses - Michael S. Askenaizer | 2200-000 | NA | $32.24 | $32.24 | $32.24 |
| Attorney for Trustee Fees - Ford, McDonald & Borden, P.A. | 3110-000 | NA | $14,855.28 | $14,855.28 | $14,855.28 |
| Attorney for Trustee, Expenses - Ford, McDonald & Borden, P.A. | 3120-000 | NA | $744.49 | $744.49 | $744.49 |
| Bond Payments - International Sureties Ltd. | 2300-000 | NA | $43.97 | $43.97 | $43.97 |
| Bond Payments - Michael S. Askenaizer. Esq. | 2300-000 | NA | $13.71 | $13.71 | $13.71 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $4.01 | $4.01 |
| Costs to Secure/Maintain Property - David Millett | 2420-000 | NA | $3,439.50 | $3,439.50 | $3,439.50 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $179.82 | $179.82 | $179.82 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $1,620.84 | $1,620.84 | $1,620.84 |
| Other Chapter 7 Administrative Expenses - Dean Gibson | 2990-000 | NA | $470.00 | $470.00 | $470.00 |
| Other Chapter 7 Administrative Expenses - Liberty Utilities - NH | 2990-000 | NA | $1,102.31 | $1,102.31 | $1,102.31 |
| Accountant for Trustee Fees (Other Firm) - Duane A. D'Agnese & Company, P | 3410-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$29,264.28** | **$29,268.29** | **$29,268.29** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses - Office of the U.S. Trustee (ADMINISTRATIVE) | 6990-000 | NA | $650.00 | $650.00 | $650.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$650.00** | **$650.00** | **$650.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Jeffrey T. Piampiano, Esq., Ch. 7 Trustee | 5800-000 | NA | $1,538.49 | $1,538.49 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,538.49** | **$1,538.49** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $30,571.30 | $15,769.57 | $15,769.57 | $0.00 |
| 2 | Discover Bank | 7100-000 | $13,038.40 | $6,640.14 | $6,640.14 | $0.00 |
| 3 | Discover Bank | 7100-000 | $30,571.30 | $14,801.73 | $14,801.73 | $0.00 |
| 4 | Suntrust Bank c/o Nelnet | 7100-000 | $0.00 | $49,212.09 | $0.00 | $0.00 |
| 4 -2 | Suntrust Bank c/o Nelnet | 7100-000 | $49,190.33 | $49,212.09 | $49,212.09 | $0.00 |
| 5 | Public Service of New Hampshire | 7100-000 | $0.00 | $119.33 | $119.33 | $0.00 |
| 6 | U.S. Department of Labor | 7100-000 | $0.00 | $138,652.39 | $138,652.39 | $0.00 |
| 7 | American Express Centurion Bank | 7100-000 | $34,108.00 | $17,296.70 | $17,296.70 | $0.00 |
| 9 | U.S. Bank National Association | 7100-000 | $0.00 | $24,925.94 | $0.00 | $0.00 |
| 9 -2 | U.S. Bank National Association | 7100-000 | $50,606.70 | $24,925.94 | $24,925.94 | $0.00 |
| 10 | Bank Of America, N.A. | 7100-000 | $7,217.74 | $3,612.60 | $3,612.60 | $0.00 |
| 11 | Lake Street Mill Condominium Association | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | Lake Street Mill Condominium Association | 7100-000 | $0.00 | $9,721.77 | $9,721.77 | $0.00 |
| 14 | Synchrony Bank | 7100-000 | $20,150.30 | $10,075.15 | $10,075.15 | $0.00 |
| 15 | Bank of America, N.A. | 7100-000 | $20,365.88 | $9,624.87 | $9,624.87 | $0.00 |
| 16 | Coastal Capital | 7100-000 | $1,000,000.00 | $324,355.23 | $324,355.23 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Coastal Capital | 7100-000 | $750,000.00 | $932,172.33 | $932,172.33 | $0.00 |
| 18 | De Lage Landen Financial Services | 7100-000 | $92,796.98 | $46,398.49 | $46,398.49 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,098,616.93** | **$1,677,516.36** | **$1,603,378.33** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 17-11760
**Case Name:** STEVEN T. SAVAGE
VIRGINIA A. SAVAGE

**For Period Ending:** 02/18/2025

**Trustee Name:** (490090) Edmond J. Ford
**Date Filed (f) or Converted (c):** 11/12/2020 (c)
**§ 341(a) Meeting Date:** 12/08/2020
**Claims Bar Date:** 09/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 Castleton Court, Merrimack<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29<br>Exemption amended Doc. No. 251 - 3/8/2021 - 100% of fair market value up to statutory limit | 402,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 51 Lake Street, Unit B-12, Nashua, NH 03060, Hil<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 71,250.00 | 0.00 | OA | 0.00 | FA |
| 3 | 51 Lake Street, Unit B-13, Nashua, NH 03060, Hil<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 51,250.00 | 0.00 | OA | 0.00 | FA |
| 4 | 51 Lake Street, Unit U-1-8, Nashua, NH 03060, Hi<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 127,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | 1997 Toyota 4 Runner, 1997 Toyota 4 Runner. Enti<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29<br>Ppy abandoned 12/21/20 (Doc. No. 187)<br>Exemption amended Doc. No. 251 - 3/8/2021 - 100% of fair market value up to statutory limit | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Household goods and furnishings:<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29<br>Household goods & furnishings including: Coffee Table, (2) End Tables, (10) Lamps, Dining Table $4,170.00 & (6) Chairs, Dresser, Mirror, Family Room Set, Desk, Jelly Cabinet; Table & (4) chairs, (4) Bar Stools, Shelves, (3) Prints, Misc Small Kitchen Appliances, Pots, Pans, Dishes, Flatware, Holiday Decorations; Dishwasher, etc.<br>Stove, Refrigerator $1,050.00<br>(3) Beds & Bedding $200.00<br>Books $50.00<br>AMENDED 3/8/21 (Doc. No. 251) - Household goods & furnishings including: Coffee Table, (2) End Tables, (10) Lamps, Dining Table $4,170.00 & (6) Chairs, Dresser, Mirror, Family Room Set, Desk, Jelly Cabinet; Table & (4) chairs, (4) Bar Stools, Shelves, (3) Prints, Misc Small Kitchen Appliances, Pots, Pans, Dishes, Flatware, Holiday Decorations; Dishwasher, etc. | 5,470.00 | 0.00 | OA | 0.00 | FA |
| 7 | (3) TV's, Stereo, DVD Player, VCR, Speakers, Com<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 1,604.00 | 0.00 | OA | 0.00 | FA |
| 8 | China-Spode Christmas Tree= 250.00 (6 Place Sett<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29<br>China-Spode Christmas Tree= 250.00 (6 Place Setting & Serving Dishes) Noritake China (Tahoe) =550.00 (10 Place Setting & Serving Dishes) Lenox Crystal=$575.00 10 Wine Glasses & 10 Water Glasses Santa Collection=$600.00 10 Pieces | 1,975.00 | 0.00 | OA | 0.00 | FA |
| 9 | (2) Bicycles<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 500.00 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 17-11760
**Case Name:** STEVEN T. SAVAGE
VIRGINIA A. SAVAGE

**For Period Ending:** 02/18/2025

**Trustee Name:** (490090) Edmond J. Ford
**Date Filed (f) or Converted (c):** 11/12/2020 (c)
**§ 341(a) Meeting Date:** 12/08/2020
**Claims Bar Date:** 09/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Wearing Apparel & Accessories<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 785.00 | 0.00 | OA | 0.00 | FA |
| 11 | Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 500.00 | 0.00 | OA | 0.00 | FA |
| 12 | (2) Cats<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 240.00 | 0.00 | OA | 0.00 | FA |
| 14 | Checking account: Checking account (6812) w/Bank<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 50.58 | 0.00 | OA | 0.00 | FA |
| 15 | Checking account: Checking account (5471) w/Bank<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 52.22 | 0.00 | OA | 0.00 | FA |
| 16 | Checking account: Checking account @ Provident B<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 105.00 | 0.00 | OA | 0.00 | FA |
| 17 | Savings account: Savings account (5951) @ Bank o<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 52.33 | 0.00 | OA | 0.00 | FA |
| 18 | Savings account: Savings account (5471) @ Bank o<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | Savings account: Savings account @ Bellweather C<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 5.00 | 0.00 | OA | 0.00 | FA |
| 20 | Other financial account: Peoples United HSA (Lea<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 2,809.66 | 0.00 | OA | 0.00 | FA |
| 21 | Debtor (H only) has 100% Interest in Sky-Skan, I<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | Unknown | 0.00 | OA | 0.00 | FA |
| 22 | 401 (k) or similar plan: Debtor H has John Hanco<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 6,135.89 | 0.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 3

**Case No.:** 17-11760
**Case Name:** STEVEN T. SAVAGE
VIRGINIA A. SAVAGE
**For Period Ending:** 02/18/2025

**Trustee Name:** (490090) Edmond J. Ford
**Date Filed (f) or Converted (c):** 11/12/2020 (c)
**§ 341(a) Meeting Date:** 12/08/2020
**Claims Bar Date:** 09/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | 401 (k) or similar plan: Debtor W hasJohn Hancoc<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 3,584.86 | 0.00 | OA | 0.00 | FA |
| 24 | Sky-Skan owed Debtors approx $1,000,000<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 0.00 | 0.00 | OA | 0.00 | FA |
| 25 | Life Insurance Policy w/The Guardian Life Insura<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29<br>EXEMPTION AMENDED 3/8/21 (Doc. No. 251) | 39,863.48 | 32,368.61 | OA | 29,852.18 | FA |
| 26 | Int. in Ins. policies: Term Life w/Dearborn Natu<br>Orig. Asset Memo: Imported from original petition Doc# 29; Imported from Amended Doc#: 29 | 0.00 | 0.00 | OA | 0.00 | FA |
| 27 | VOID - duplicate asset<br>AMENDED 3/8/21 (Doc. No. 251) | 0.00 | 0.00 | OA | 0.00 | FA |
| 28 | VOID - duplicate asset<br>AMENDED 3/8/21 (Doc. No. 251) | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | VOID - duplicate asset<br>AMENDED 3/8/21 (Doc. No. 251) | 0.00 | 0.00 | OA | 0.00 | FA |
| 30* | Settlement with Sky-Skan Trustee (See Footnote) | 7,286.03 | 7,286.03 | OA | 7,286.03 | FA |
| 31 | VOID (u)<br>$24,000 value is a placeholder since amount of carve out is not yet known. | 0.00 | 0.00 | | 0.00 | FA |
| **31** | **Assets Totals (Excluding unknown values)** | **$724,019.05** | **$39,654.64** | | **$37,138.21** | **$0.00** |

RE PROP# 30 See D.E. 321 dated 9/14/2022 regarding POC 60 in Sky-Skan Inc. bankruptcy - Administrative expense claim to reflect $6,000 post conversion rent claim and $1,286.03 post conversion heat claim. $7,286.03 received 10/25/22.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 4

**Case No.:** 17-11760
**Case Name:** STEVEN T. SAVAGE
VIRGINIA A. SAVAGE
**For Period Ending:** 02/18/2025

**Trustee Name:** (490090) Edmond J. Ford
**Date Filed (f) or Converted (c):** 11/12/2020 (c)
**§ 341(a) Meeting Date:** 12/08/2020
**Claims Bar Date:** 09/30/2024

**Major Activities Affecting Case Closing:**

Final mtg 1/29/25
10/22/24 Hrg on fee app of FMB is 11/13/24; then prepare TFR
7/30/24 Review claims / tend to any objections

6/17/24 Trustee Ford: We are not going to continue to pursue this; the likely net at this point appears insufficient to do so.

***Trustee Askenaizer's Notes***
Sell real estate if carve out can be negotiated.

**Initial Projected Date Of Final Report (TFR):** 01/16/2023

**Current Projected Date Of Final Report (TFR):** 11/26/2024 (Actual)

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

**Case No.:** 17-11760
**Case Name:** STEVEN T. SAVAGE
VIRGINIA A. SAVAGE
**Taxpayer ID #:** **-***3579
**For Period Ending:** 02/18/2025

**Trustee Name:** Edmond J. Ford (490090)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******6837 Checking Account
**Blanket Bond (per case limit):** $40,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/27/21 | {25} | The Guardian Life Insurance Company of America | Life insurance policy - liquidation proceeds | 1129-000 | 29,852.18 | | 29,852.18 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 29,847.18 |
| 08/11/21 | 101 | Michael S. Askenaizer. Esq. | Bond #016227841; Term 8/1/2021 to 8/1/2022 | 2300-000 | | 13.71 | 29,833.47 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.01 | 29,782.46 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.73 | 29,734.73 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.06 | 29,688.67 |
| 11/18/21 | 102 | Liberty Utilities - NH | Acct. No. ********-****5487; Stmt. No. 13925589; Meter No. 000040679; Service Address: 51 Lake St., Nashua, NH | 2990-000 | | 1,102.31 | 28,586.36 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.69 | 28,535.67 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.25 | 28,488.42 |
| 01/26/22 | 103 | Dean Gibson | Inv. date: 12-21-21; Work Location: 51 Lake St., Nashua, NH; Winterization of domestics | 2990-000 | | 470.00 | 28,018.42 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.13 | 27,974.29 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.92 | 27,932.37 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.24 | 27,883.13 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.19 | 27,839.94 |
| 05/02/22 | 104 | David Millett | Per Court Order - reimbursement of Liberty Utilities payment for 51 Lake St., Nashua, NH | 2420-000 | | 3,439.50 | 24,400.44 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.63 | 24,360.81 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.95 | 24,317.86 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.67 | 24,280.19 |
| 08/03/22 | 105 | International Sureties Ltd. | Bond # 016227841; Term: 8/1/22 to 8/1/23 | 2300-000 | | 11.33 | 24,268.86 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.79 | 24,226.07 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.82 | 24,187.25 |
| 10/25/22 | {30} | Jeffrey T. Piampiano, Trustee | Per settlement with Sky-Skan Trustee - see D.E. 321 dated 9/14/22 | 1129-000 | 7,286.03 | | 31,473.28 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.02 | 31,434.26 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.74 | 31,380.52 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.29 | 31,330.23 |

**Page Subtotals:** **$37,138.21** **$5,807.98**

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11760 | **Trustee Name:** | Edmond J. Ford (490090) |
| **Case Name:** | STEVEN T. SAVAGE<br>VIRGINIA A. SAVAGE | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******6837 Checking Account |
| **Taxpayer ID #:** | **-***3579 | **Blanket Bond (per case limit):** | $40,000,000.00 |
| **For Period Ending:** | 02/18/2025 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.56 | 31,276.67 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.78 | 31,229.89 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.72 | 31,178.17 |
| 04/27/23 | 106 | Duane A. D'Agnese & Company, P | 1st interim fee app - court approved April 27, 2023 | 3410-000 | | 2,250.00 | 28,928.17 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.63 | 28,881.54 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 51.39 | 28,830.15 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.20 | 28,783.95 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.59 | 28,739.36 |
| 08/08/23 | 107 | International Sureties Ltd. | Bond No.: 612419113; Term: 8/1/23 to 8/1/24 | 2300-000 | | 32.64 | 28,706.72 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.64 | 28,656.08 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.39 | 28,611.69 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.91 | 28,562.78 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.77 | 28,517.01 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.18 | 28,472.83 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.07 | 28,422.76 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.91 | 28,378.85 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.84 | 28,335.01 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.30 | 28,286.71 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.71 | 28,240.00 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.12 | 28,197.88 |
| 07/03/24 | | Bankruptcy Estate of Steven T. Savage | Successor transfer debit to METB account x4863 | 1290-010 | -28,197.88 | | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 8,940.33 | 8,940.33 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 8,940.33 | 8,940.33 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $8,940.33 | $8,940.33 | |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit 9**
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11760 | **Trustee Name:** | Edmond J. Ford (490090) |
| **Case Name:** | STEVEN T. SAVAGE<br>VIRGINIA A. SAVAGE | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******4863 Checking |
| **Taxpayer ID #:** | **-***3579 | **Blanket Bond (per case limit):** | $40,000,000.00 |
| **For Period Ending:** | 02/18/2025 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 07/03/24 | | Bankruptcy Estate of Steven T. Savage | Successor transfer credit from METB account x6837 | 1290-010 | 28,197.88 | | 28,197.88 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.06 | 28,155.82 |
| 08/16/24 | 101 | International Sureties, Ltd. | annual bond payment | 2300-000 | | 4.01 | 28,151.81 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.00 | 28,106.81 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.42 | 28,063.39 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.34 | 28,014.05 |
| 11/08/24 | 102 | Ford, McDonald & Borden, P.A. | Atty fees & expense reimbursement approved 11/8/24 | | | 15,599.77 | 12,414.28 |
| | | Ford, McDonald & Borden, P.A. | atty fees $744.49 | 3120-000 | | | |
| | | Ford, McDonald & Borden, P.A. | atty fees $14,855.28 | 3110-000 | | | |
| 01/22/25 | 103 | Edmond J. Ford (1/2 commission) | Claim # FEE; Distribution pmt. - dividend paid at 100% of $2,231.91 | 2100-000 | | 2,231.91 | 10,182.37 |
| 01/22/25 | 104 | Michael S. Askenaizer (1/2 of commission) | Claim # FEE; Distribution pmt - dividend paid at 100.00% of $2,231.91 | 2100-000 | | 2,231.91 | 7,950.46 |
| 01/22/25 | 105 | Edmond J. Ford | Claim # TE; Distribution pmt - dividend paid at 100.00% of $48.30 | 2200-000 | | 48.30 | 7,902.16 |
| 01/22/25 | 106 | Michael S. Askenaizer | Claim # TE; Distribution pmt - dividend paid at 100.00% of $32.24 | 2200-000 | | 32.24 | 7,869.92 |
| 01/22/25 | 107 | Office of the U.S. Trustee (ADMINISTRATIVE) | Claim # 19; Distribution pmt - dividend paid at 100.00% of $650.00 | 6990-000 | | 650.00 | 7,219.92 |
| 01/22/25 | 108 | Internal Revenue Service | Claim # 8; Distribution pmt - dividend paid at 6.47% of $111,542.53 | 4300-000 | | 7,219.92 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **28,197.88** | **28,197.88** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **28,197.88** | **28,197.88** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$28,197.88** | **$28,197.88** | |

# Form 2

Exhibit 9
Page: 4

# Cash Receipts And Disbursements Record

**Case No.:** 17-11760
**Case Name:** STEVEN T. SAVAGE
VIRGINIA A. SAVAGE
**Taxpayer ID #:** **-***3579
**For Period Ending:** 02/18/2025

**Trustee Name:** Edmond J. Ford (490090)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******4863 Checking
**Blanket Bond (per case limit):** $40,000,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6837 Checking Account | $8,940.33 | $8,940.33 | $0.00 |
| ******4863 Checking | $28,197.88 | $28,197.88 | $0.00 |
| | **$37,138.21** | **$37,138.21** | **$0.00** |