# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Steven T. Savage
Virginia A. Savage
Debtors.

Case No. 17−11760−KB
Chapter 7

---

## NOTICE OF DENIAL OF DISCHARGE

The discharge of Steven T. Savage and Virginia A. Savage was denied by the Court on November 28, 2023, for the reasons set forth in an order entered in Adv. No. 21−1006−KB.

Date: March 26, 2026

Kristie Trimarco
Clerk of Court
By: /s/ James Lavalley
Deputy Clerk

Form CMntcdnodsc−295